UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LOLA LUCIO,<br><br>Plaintiff,<br><br>vs.<br><br>JH KIM, INC.,<br><br>Defendant. | 2:19-CV-12356-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER REGARDING CLERK'S ENTRY OF DEFAULT

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before January 6, 2020.** The Court will not conduct a hearing in this matter, unless one is requested by contacting the Court's case manager, Amanda Chubb at 313-234-2644. At the time the motion is filed, Plaintiff shall submit a proposed order and

judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 19th day of November, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge